UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 NOV -9 AM 9:42

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Lindsey Martine CAMERON | Magistrate's Case No. 07 MJ 2629<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br><br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about November 8, 2007, within the Southern District of California, defendant Lindsey Martine Cameron did knowingly and intentionally import approximately 35.90 kilograms (78.98 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this _____ day of _____, 2007.

United States Magistrate Judge

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

Page 1

United States of America
    VS.
Lindsey Martine CAMERON

## PROBABLE CAUSE STATEMENT

On November 8, 2007 at approximately 1910 hours, Lindsey Martine CAMERON entered the United States from Mexico at the San Ysidro Port of Entry (SYPOE), San Diego, California as the driver and sole occupant of a Ford Expedition bearing California license plate 6BCX274. During primary inspections, a Customs and Border Protection Officer (CBPO) came in contact with CAMERON. CAMERON presented a California Driver's License and claimed she was a U.S. Citizen. CAMERON stated she was going to El Cajon, California to see her kids. The CBPO received two negative customs declarations from CAMERON. The CBPO asked CAMERON if she was the owner of the Ford Expedition and she stated that she had owned the vehicle for three weeks. The CBPO noticed that the vehicle was very clean and did not contain any personal effects. The CBPO called for a K-9 unit to screen the vehicle at the primary inspection booth.

While at the primary inspection booth, a Narcotics Detector Dog (NDD) alerted to a narcotic odor emitting from the roof area of the vehicle.

While in vehicle secondary, a CBPO conducted an intensive inspection on the Ford Expedition. A total of 12 packages containing approximately 35.90 kilograms of marijuana were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana.

CAMERON was advised of her Miranda rights and stated she understood her rights and wished to make a statement. CAMERON acknowledged that she was waiving her rights per Miranda by signing a pre-printed form.

CAMERON stated that she purchased the vehicle in Rosarito, Baja California on October 26, 2007. CAMERON said that she paid an amount of two thousand dollars to a friend of a friend of her father for the vehicle. When asked where she was going she stated that she was on her way to drop off the vehicle at her friend Tammy's house. From Tammy's house she was going to take the trolley to El Cajon, California in order to see her children. When asked for the reason to why she was leaving the vehicle at Tammy's house Cameron stated that the vehicle has a transmission issue and that Tammy knew of a mechanic shop in National City where the vehicle could be repaired. Cameron stated that she met Tammy three or four months ago on the trolley. CAMERON did not know Tammy's full name.

CAMERON was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.