1 **TIMOTHY R. GARRISON**
California State Bar No. 228105
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: timothy_garrison@fd.org

5 Attorneys for Ms. Cameron

6

7

8                     UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

| 10 | UNITED STATES OF AMERICA, | ) | CASE NO. 07MJ2629 |
|---|---|---|---|
| 11 | Plaintiff, | ) | |
| 12 | v. | ) | **NOTICE OF APPEARANCE** |
| 13 | LINDSEY MARTINE CAMERON, | ) | |
| 14 | Defendant. | ) | |
| 15 |  | ) | |

16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in

19 the above-captioned case.

20                                         Respectfully submitted,

21

22 Dated:  November 14, 2007              /s/ *Timothy R. Garrison*
                                          Federal Defenders of San Diego, Inc.
23                                        Attorneys for Defendant
                                          Timothy_Garrison@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: November 14, 2007      /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Timothy_Garrison@fd.org (email)