AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LINDSEY MARTINE CAMERON | **WAIVER OF INDICTMENT**<br><br>07CR 3293-JLS<br>CASE NUMBER: 07mj 2629 |

I, LINDSEY MARTINE CAMERON, the above-named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __12-6-07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Lindsey Cameron
Defense Counsel

Before _____
Judicial Officer