# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.   **07CR3293-JLS** |
| Plaintiff, | **ORDER** |
| v. | |
| **LINDSEY M. CAMERON**, | |
| Defendants. | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the sentencing hearing in the above-captioned case be continued from **April 25, 2008** at **9:00 A.M.** to **June 6, 2008** at **9:00 A. M.**

**SO ORDERED.**

**DATE:** __3/05/08__

*[signature]*
HON. **Janis L. Sammartino**