# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No.   **07CR3293-JLS** |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LINDSEY M. CAMERON**, | ) | |
| Defendants. | ) | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the sentencing hearing in the above-captioned case be continued from **September 5, 2008** at **9:00 A.M.** to **October 17, 2008** at **9:00 A. M.**

**SO ORDERED.**

**DATE: 9/03/08**

*Janis L. Sammartino*
**HON. JANIS L. SAMMARTINO**

---

ORDER TO CONTINUE SENTENCING HEARING