```
1  William W. Brown    Bar. No. 159288
   BROWN & ASSOCIATES
2  Emerald Plaza Twentieth Floor
   402 West Broadway, Suite 2010
3  San Diego, California 92101-3554
   (619) 501-4242; (619) 374-2336 facsimile
4  bawwb@brownassociateslaw.com

5  Attorneys for: Lindsey Martine Cameron
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  07CR3293-JLS |
| Plaintiff, | **DEFENDANT'S ACKNOWLEDGMENT OF NEXT COURT DATE** |
| v. | Hearing Date: October 14, 2008 |
| LINDSEY MARTINE CAMERON, | Hearing Time: 9:00 AM |
| Defendant. | Courtroom: 6 (3rd Flr-JLS) |

I, Lindsey Martine Cameron, having been advised by counsel, William W. Brown, acknowledge that the next court date requiring my personal appearance in the United States District Court for the Southern District of California is October 17, 2008 at 9:00 AM.

Date: 9/4/08

_Lindsey Martine Cameron_
LINDSEY MARTINE CAMERON

Date: August 26, 2008.

__s/ William W. Brown__
William W. Brown, BROWN & ASSOCIATES
Attorneys for Bari Shad Boyd